# ATTACHMENT A

Legal Description:

The Condominium Unit (in the Building located at and known as and by Street Number 15 West 63rd Street, New York, New York), known as THE PARK LAUREL CONDOMINIUM designated and described as Unit 29A, f/k/a 29A, 30A and 30B (hereinafter called the "Unit") in the Declaration (hereinafter called "Declaration") made by the Sponsor under the Condominium Act of The State of New York (Article 9-B of the Real Property Law of the State of New York), dated 6/26/2001 and recorded 6/26/2001 in the Office of the Register The City of New York, County of New York, in Reel 3311 Page 1281, as amended by Amendment to the Condominium Declaration dated June 4, 2008, recorded August 11, 2008 in CRFN 2008000319726, establishing a plan for Condominium ownership of said Building and the land upon which the same is erected (hereinafter sometimes collectively called the "Property") and also designated and described as Tax Lot No. 1743, f/k/a 1743, 1744 and 1745, Block 1116 Section 4, Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said Building, certified by Costas, Kondylis & Associates, P.C. on 6/22/2001 and filed in the Real Property Assessment Department of the City of New York on 6/26/2001 as Condominium Plan No. 2001 and also filed on 6/26/2001 in the aforesaid Register's Office as Map No. 5806.

TOGETHER with an undivided 6.779035 percent interest in the Residential Limited Common Elements and an undivided 4.813564 percent interest in the General Common Elements of the property as described in the Declaration (hereinafter called the "Common Elements") recorded in Reel 3311 Page 1281.

The land upon which the Building containing the Unit is erected is described as follows:

PARCEL 1 - (Formerly known as Lot 22)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on the Northerly line of West 63rd Street distant 225 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Westerly direction along the Northerly line of West 63rd Street, 50 feet;

THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 100 feet 5 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 50 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes, 00 seconds, 100 feet 5 inches to the Northerly line of West 63rd Street and the point or place of BEGINNING.

PARCBL 2 - (Formerly known as Part of Lot 24)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 50 feet 9 inches from a point on the Northerly line of West 63rd Street.  Said point on West 63rd Street being distant 225 feet westerly from the corner formed by the intersection of the northerly line of West 63rd Street, and the Westerly line of Central Park West;

RUNNING THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 76 feet l and one quarter inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter of an inch;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 76 feet 1 and one quarter inches;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter inches to the point or place of BEGINNING.

PARCEL 3 - (Formerly known as Part of Lot 24)

ALL that certain volume above elevation 222 feet 9 and one quarter inches, in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 36 feet 10 inches from the Northerly line of West 63rd Street.  Said point on West 63rd Street being distant 225 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 13 feet 11 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter of an inch;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 69 feet 1 inch;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 7 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes, 00 seconds, 83 feet;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet and one quarter inches to the point or place of BEGINNING.

PARCEL 4 - (Formerly known as Part of Lot 42)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 100 feet 5 inches from the Northerly line of West 63rd Street.  Said point on West 63rd Street being distant 225 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Westerly direction, parallel to West 63rd Street, 25 feet;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet 5 and one quarter inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 26 feet 5 and one quarter inches to the point or place of BEGINNING.

PARCEL 5 - (Formerly known as Part of Lot 43)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 100 feet 5 inches from the Northerly line of West 63rd Street.  Said point on West 63rd Street being distant 275 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 9 feet 10 and seven eighths inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds,25 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 9 feet 10 and seven eighths inches;

THENCE in a Westerly direction parallel to West 63rd Street, 25 feet to the point or place of BEGINNING.

PARCEL 6 - (Formerly known as Part of Lot 24)

ALL that certain volume above elevation 290 feet and one eighth inches, in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on the Northerly line of West 63rd Street, distant 99 feet 9 inches Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Westerly direction along the Northerly line of West 63rd Street, 125 feet 3 inches;

THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 36 feet 10 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet and one quarter of an inch;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 83 feet;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 7 feet;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 7 feet one quarter of an inch;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter of an inch;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 73 feet 11 and three-quarter inches to the Southerly line of 64th Street;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds and along said Southerly line of 64th Street, 125 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 100 feet 5 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 3 inches;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 100 feet 5 inches to the Northerly line of West 63rd Street and the point or place of BEGINNING.

Interested Parties:

The parties believed to have a potential interest in the Defendant Asset are Park Laurel Acquisition, LLC, Low Taek Jho, Jynwel Capital Ltd., Riza Shahriz Bin Abdul Aziz, Red Granite Capital Limited and Jasmine Loo.  According to a Title report obtained from Jade Data Research, Inc. on May 20, 2016, title to the PARK LAUREL CONDOMINIUM is currently held in the name of Park Laurel Acquisition LLC, and there are no recorded liens against the property.