RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:  Shannen Beckman
    Senior Paralegal

| | |
|---|---|
| MAILING ADDRESS: | Shannen.beckman@usdoj.gov |
| | 312 N. Spring St., 14th Floor |
| CITY, STATE, ZIP CODE: | Los Angeles, CA |
| | 90012 |

FILED
COUNTY CLERK
N.Y. COUNTY
2016 JUL 20 PM 1:05

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## Recording of Lis Pendens

### U.S. v. REAL PROERTY LOCATED IN NEW YORK, NEW YORK, CV 16- 5371

**Address of property:** ███████████████ New York, NY 10023

**Block 1116, Lot 1743**

M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
WOO S. LEE
Trial Attorney
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-4493
  Facsimile: (213) 894-7177
  E-mail: John.Kucera@usdoj.gov
          Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-05371 |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | |
| REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, | |
| Defendant. | |

| PARK LAUREL ACQUISITION LLC |
| Titleholders. |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California. The real property that is the subject of this action is located in New York, NY and is more particularly described as follows:

> The Condominium Unit (in the Building located at and known as and by Street Number 15 West 63rd Street, New York, New York), known as THE PARK LAUREL CONDOMINIUM designated and described as Unit 29A, f/k/a 29A, 30A and 30B (hereinafter called the "Unit") in the Declaration (hereinafter called "Declaration") made by the Sponsor under the Condominium Act of The State of New York (Article 9-B of the Real Property Law of the State of New York), dated 6/26/2001 and recorded 6/26/2001 in the Office of the Register The City of New York, County of New York, in Reel 3311 Page 1281, as amended by Amendment to the Condominium Declaration dated June 4, 2008, recorded August 11, 2008 in CRFN 2008000319726, establishing a plan for Condominium ownership of said Building and the land upon which the same is erected (hereinafter sometimes collectively called the "Property") and also designated and described as Tax Lot No. 1743, f/k/a 1743, 1744 and 1745, Block 1116 Section 4, Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said Building, certified by Costas, Kondylis & Associates, P.C. on 6/22/2001 and filed in the Real Property Assessment Department of the City of New York on 6/26/2001 as Condominium Plan No. 2001 and also filed on 6/26/2001 in the aforesaid Register's Office as Map No. 5806.
>
> TOGETHER with an undivided 6.779035 percent interest in the Residential Limited Common Elements and an undivided 4.813564 percent interest in the General Common Elements of the property as described in the Declaration (hereinafter called the "Common Elements") recorded in Reel 3311 Page 1281.
>
> The land upon which the Building containing the Unit is erected is described as follows:

PARCEL 1 - (Formerly known as Lot 22)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on the Northerly line of West 63rd Street distant 225 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Westerly direction along the Northerly line of West 63rd Street, 50 feet;

THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 100 feet 5 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 50 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes, 00 seconds, 100 feet 5 inches to the Northerly line of West 63rd Street and the point or place of BEGINNING.

PARCBL 2 - (Formerly known as Part of Lot 24)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 50 feet 9 inches from a point on the Northerly line of West 63rd Street. Said point on West 63rd Street being distant 225 feet westerly from the corner formed by the intersection of the northerly line of West 63rd Street, and the Westerly line of Central Park West;

RUNNING THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 76 feet 1 and one quarter inches;

3

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter of an inch;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 76 feet 1 and one quarter inches;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter inches to the point or place of BEGINNING.

PARCEL 3 - (Formerly known as Part of Lot 24)

ALL that certain volume above elevation 222 feet 9 and one quarter inches, in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 36 feet 10 inches from the Northerly line of West 63rd Street. Said point on West 63rd Street being distant 225 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 13 feet 11 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter of an inch;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 69 feet 1 inch;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 7 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes, 00 seconds, 83 feet;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet and one quarter inches to the point or place of BEGINNING.

PARCEL 4 - (Formerly known as Part of Lot 42)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 100 feet 5 inches from the Northerly line of West 63rd Street. Said point on West 63rd Street being distant 225 feet Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Westerly direction, parallel to West 63rd Street, 25 feet;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet 5 and one quarter inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 26 feet 5 and one quarter inches to the point or place of BEGINNING.

PARCEL 5 - (Formerly known as Part of Lot 43)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on a line which bears in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds a distance of 100 feet 5 inches from the Northerly line of West 63rd Street. Said point on West 63rd Street being distant 275 feet Westerly from the corner formed by the intersection

of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 9 feet 10 and seven eighths inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 9 feet 10 and seven eighths inches;

THENCE in a Westerly direction parallel to West 63rd Street, 25 feet to the point or place of BEGINNING.

PARCEL 6 - (Formerly known as Part of Lot 24)

ALL that certain volume above elevation 290 feet and one eighth inches, in the Borough of MANHATTAN, County of NEW YORK, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on the Northerly line of West 63rd Street, distant 99 feet 9 inches Westerly from the corner formed by the intersection of the Northerly line of West 63rd Street and the Westerly line of Central Park West;

RUNNING THENCE in a Westerly direction along the Northerly line of West 63rd Street, 125 feet 3 inches;

THENCE in a Northerly direction at an angle to West 63rd Street of 90 degrees 00 minutes 00 seconds, 36 feet 10 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 25 feet and one quarter of an inch;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 83 feet;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 7 feet;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 7 feet one quarter of an inch;

THENCE in a Westerly direction at an angle of 90 degrees 00 minutes 00 seconds, 18 feet and one quarter of an inch;

THENCE in a Northerly direction at an angle of 90 degrees 00 minutes 00 seconds, 73 feet 11 and three-quarter inches to the Southerly line of 64th Street;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds and along said Southerly line of 64th Street, 125 feet;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 100 feet 5 inches;

THENCE in an Easterly direction at an angle of 90 degrees 00 minutes 00 seconds, 3 inches;

THENCE in a Southerly direction at an angle of 90 degrees 00 minutes 00 seconds, 100 feet 5 inches to the Northerly line of West 63rd Street and the point or place of BEGINNING.

///

///

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California. Title to the defendant property is held in the name of PARK LAUREL ACQUISITION LLC.

County clerk is directed to index the notice.

Dated: July **20**, 2016

Respectfully submitted,

M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section
United States Department Of Justice
WOO S. LEE
KYLE R. FREENY
Criminal Division
U.S. Department of Justice
EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section



_____

JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 20, 2016**, I served a copy of: **LIS PENDENS AS TO** ▮▮▮ ▮▮▮, **NEW YORK NY 10023** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  **PARK LAUREL ACQUISITION LLC**
**C/O Corporation Service Company**
**2711 Centerville Road, Suite 400**
**Wilmington, DE  19808**

__X__   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 20, 2016** at Los Angeles, California.

/s/ *S. Beckman*
SHANNEN BECKMAN